**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**RAYMOND Q.,**

                                    **Plaintiff,**

                          **v.**                                            **5:18-CV-544
                                                                           (FJS/CFH)**

**COMMISSIONER OF SOCIAL SECURITY,**

                                    **Defendant.**
_____

| **APPEARANCES** | **OF COUNSEL** |
|---|---|
| **OFFICE OF JOHN L. BARDSLEY**<br>HSBC Bank Building, Second Floor<br>36 Main Street<br>P.O. Box 166<br>Cortland, New York 13045<br>Attorneys for Plaintiff | **JOHN L. BARDSLEY, ESQ.** |
| **SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF REGIONAL GENERAL<br>COUNSEL, REGION II**<br>26 Federal Plaza, Room 3904<br>New York, New York 10278<br>Attorneys for Defendant | **FERGUS J. KAISER, ESQ.** |

**SCULLIN, Senior Judge**

## ORDER

      Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) seeking a review of Defendant's decision denying his application for disability insurance benefits and supplemental security income ("SSI") benefits. *See* Dkt. No. 1, Complaint. Plaintiff moved to remand for a further hearing, and Defendant cross-moved for a judgment on the pleadings. *See* Dkt. Nos. 11, 12.

      After reviewing the record and the parties' arguments, Magistrate Judge Hummel issued a Report-Recommendation and Order, dated August 7, 2019, in which he recommended that this Court

deny Plaintiff's motion and grant Defendant's motion. *See* Dkt. No. 13 at 20. The parties did not file any objections to these recommendations.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting this review, "the Court may 'accept, reject, or modify, in whole or in part, the . . . recommendation made by the magistrate judge.'" *Id.* (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Hummel's August 7, 2019 Report-Recommendation and Order for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Hummel's August 7, 2019 Report-Recommendation and Order is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Plaintiff's motion to remand, *see* Dkt. No. 11, is **DENIED**; and the Court further

**ORDERS** that Defendant's motion for judgment on the pleadings, *see* Dkt. No. 12, is **GRANTED**; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendant and close this case.

**IT IS SO ORDERED.**

Dated: September 30, 2019
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Judge